NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**ZTE CORPORATION, ZTE (USA), INC., ZTE (TX), INC.,**
*Appellants*

**v.**

**WSOU INVESTMENTS LLC, dba Brazos Licensing and Development,**
*Appellee*

———————————————

2023-1250

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00698.

———————————————

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    ZTE Corporation v. WSOU Investments LLC

(2)  Each side shall bear their own costs.


                                            FOR THE COURT

August 18, 2023                             /s/ Jarrett B. Perlow
      Date                                  Jarrett B. Perlow
                                            Clerk of Court


**ISSUED AS A MANDATE:** August 18, 2023